**FILED**

**JUN - 8 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                )
c/o U.S. Attorney's Office               )
555 4th Street, N.W.                     )
Washington, D.C. 20001                   )
                                         )
        Plaintiff,                       )
                                         )      CASE NUMBER 1:05CV01137
    v.                                   ) Civ.
                                         )      JUDGE: John Garrett Penn
MARY B. LEVIN,                           )
1421 Massachusetts Avenue                )      DECK TYPE: Student Loan (J)
Number 503                               )                          $
Washington, D.C. 20005,                  )      DATE STAMP: 06/⬛/2005
                                         )
        Defendant.                       )
_____)

## COMPLAINT

(Breach Of Scholarship Contract)

1. This is an action against the defendant for breach of her agreement to repay scholarship awards that were made to her while she was a student at the George Washington University during the period 1994 through 1997.

2. The scholarship awards were made through the National Health Service Corps Scholarship Program.

3. On September 20, 1994, plaintiff received a partial scholarship award for the period 1994-1995. She received further partial scholarship awards for the periods 1995-1996 and 1996-1997. Her scholarship awards totaled $70,385.50.

4. Defendant withdrew from the approved medical program at George Washington University prior to obtaining a degree.

1

5. Defendant has not repaid the scholarship awards made to her, although she is required to do so by the terms of the awards.

6. The amount the United States is entitled to recover is equal to the total of all scholarship funds awarded plus interest. This amount, as of March 23, 2005, was $120,009.17. See the Certificate of Indebtedness attached hereto as Exhibit A.

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1345. Venue is proper pursuant to 28 U.S.C. § 1391.

WHEREFORE, plaintiff requests that the Court enter judgment in its favor against the defendant, Mary B. Levin, (1) for the amount of $120,009.17, with interest accruing to the date of judgment; (2) interest from the date of judgment at the legal rate until the judgment is paid in full; (3) appropriate fees and costs; and (4) such other relief as the Court deems appropriate.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201