AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States of America

v.

Mary B. Levin
1421 Massachusetts Ave. #503
Washington, D.C. 20005

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01137

JUDGE: John Garrett Penn

DECK TYPE: Student Loan (J)

DATE STAMP: 06/█/2005

CASE NU

**TO:** (Name and address of Defendant)

Mary B. Levin
1421 Massachusetts Ave. #503
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Fred E. Haynes
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4110
Washington, D.C. 20530
(202) 514-7201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

**JUN 0 8 2005**

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/12/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| FRED E. HAYNES | ASSISTANT U.S. Attorney |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Office of U.S. Attorney for D.C.,
Civil Division, 501 3rd Street NW Room E-4110, Washington DC. 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NONE | NONE | NONE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/12/05
_____    _____
        Date              Signature of Server

Assistant U.S. Attorney
555 4th Street, N.W. Room E-4110
WASHINGTON DC 20530
        Address of Server
            (202) 514-7201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.