**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No: 1:05CV01137 (JGP)** |
| | ) | **Judge John Garrett Penn** |
| **MARY B. LEVIN** | ) | |
| **Defendant** | ) | |

**ANSWER TO COMPLAINT**

Defendant, Mary B. Levin, by and through her undersigned counsel, answers the Complaint of

Plaintiff, United States of America, as follows:

1.   Defendant denies the allegations made and contained in Paragraph 1 of the Complaint and

expressly denies that she breached any agreement.

2.   Defendant admits that she received two scholarship awards from the National Health

Service Corps Scholarship Program and denies the remaining allegations made and contained in

Paragraph 2 of the Complaint.

3.   Defendant admits that she received an award for the fall semester of 1994 and the

semester commencing in January, 1996 and denies the remaining allegations made and contained in

Paragraph 3 of the Complaint.

4.   Defendant admits that she withdrew from medical studies at George Washington

University prior to obtaining a degree because of impossibility of performance due to a medical

condition.

5.    Defendant admits that she has not repaid the two scholarship awards referenced in numbered paragraph 3 above and denies all remaining allegations made and contained in Paragraph 5 of the Complaint..

6.    Defendant denies the allegations made and contained in Paragraph 6 of the Complaint.

7.    Defendant admits the allegations made and contained in Paragraph 7 of the Complaint.

8.    The "Wherefore" clauses following the numbered paragraphs of the Complaint contain Plaintiff's prayer for damages and conclusions of law to which no response is required.

9.    Defendant denies all other assertions of fact in the Complaint not expressly admitted herein.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Defendant pleads the defense of accord and satisfaction.

### FOURTH AFFIRMATIVE DEFENSE

Defendant pleads the defense of laches.

### FIFTH AFFIRMATIVE DEFENSE

Defendant pleads the defense of waiver.

### SIXTH AFFIRMATIVE DEFENSE

Defendant pleads the defense of estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant did not breach the National Health Service Corps Scholarship Program Contract as there was an impossibility of performance of the Contract on her part due to her medical condition..

### EIGHTH AFFIRMATIVE DEFENSE

Defendant's payment obligations, if any, were or should have been waived or suspended since compliance by the Defendant was impossible due to her medical condition and/or compliance by the Defendant would involve extreme hardship and enforcement of such obligations would be unconscionable.

### NINTH AFFIRMATIVE DEFENSE

Any monies allegedly owed by Defendant are not owed by the Defendant but are owed by

George Washington University and/or some other person or entity.

### TENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's damages were caused by negligent acts of commission and/or omission

on the part of Plaintiff and/or a third party.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join a party in the absence of whom complete relief cannot be accorded

among those already parties.

**WHEREFORE**, Defendant Mary B. Levin respectfully requests that this Court:

1.      Enter an Order dismissing Plaintiff's Complaint with prejudice;

2.      Enter judgment in favor of Defendant and against Plaintiff;

3.      Award Defendant her attorneys fees and costs in this matter;

4.      Grant Defendant such other and further relief as this Court deems just and proper.

4

Respectfully submitted:

_____
Eric R. Stanco  #456896

_____
Gary A. Ulmer #2454522
Stanco & Associates
126 C Street, N.W.
Washington, D.C.  20001
(202) 331-8822
(202) 331-9705 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 1st day of

August, 2005 to:

Kenneth L. Wainstein, Esquire
United States Attorney
555 - 4th Street, N.W.
Room E-4110
Washington, D.C.  20530

R. Craig Lawrence, Esquire
Assistant United States Attorney
555 - 4th Street, N.W.

5

Room E-4110
Washington, D.C.  20530




Fred E. Haynes, Esquire
Assistant United States Attorney
555 - 4th Street, N.W.
Room E-4110
Washington, D.C.  20530


_____

Gary A. Ulmer