*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**UNITED STATES OF AMERICA**

    **Plaintiff**

**v.**                                                                            **Civil Action No. 05-1137(JGP)**

**MARY B. LEVIN**

    **Defendant**

**ORDER**

The initial scheduling hearing previously set for December 22, 2005 at 10:30 A.M. has been rescheduled and will now take place on January 11, 2006 at 10:15 A.M.

    **SO ORDERED**.


**DATE: December 21, 2005**                                    **JOHN GARRETT PENN**
                                                                         **United States District Judge**