*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**UNITED STATES OF AMERICA**

    **Plaintiff**

v.                                     **Civil Action No. 05-1137(JGP)**

**MARY B. LEVIN**

    **Defendant**

### ORDER

The initial scheduling hearing previously set for January 11, 2006 at 10:15 A.M. has been rescheduled and will now take place on January 12, 2006 at 2:00 P.M.

    **SO ORDERED**.


**DATE: January 4, 2006**                                       **JOHN GARRETT PENN**
                                                                  **United States District Judge**