UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff

v.                                         Civil Action No. 05-1137(JGP)

MARY B. LEVIN

    Defendant

## ORDER

This case came before the Court for an initial scheduling hearing on January 12, 2006. Pursuant to the agreement of the parties, it is hereby

**ORDERED** that defendant's motion for summary judgment as to any statute of limitations issue may be filed on or before January 17, 2006; it is further

**ORDERED** that plaintiff's response may be filed on or before February 13, 2006; it is further

**ORDERED** that defendant may file a reply on or before February 23, 2006; it is further

**ORDERED** that a status hearing shall be held on March 14, 2006 at 10:30 A.M. in Courtroom 15.

**DATE: January 13, 2006**                                          **JOHN GARRETT PENN**
                                                                              **United States District Judge**