UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No: 05-01137 (JGP) |
| | ) | Judge John Garrett Penn |
| MARY BETH LEVIN, | ) | |
| | ) | |
| Defendant | ) | |

**STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Comes now Defendant Mary Beth Levin, pursuant to LCvR 7.1 (h) and submits her Statement of Material Facts as to which there is no genuine dispute:

1. Defendant Mary Beth Levin was accepted at the George Washington University Medical School. On April 27, 1994, she signed an agreement to participate in the National Health Service Corps (NHSC) Scholarship Program. (Levin Aff. ¶2).

2. Under the terms and conditions of the NHSC Agreement, Ms. Levin was required to maintain an acceptable level of academic standing while enrolled in the course of study for the doctor of medicine program (Levin Aff. ¶3).

3, Ms. Levin entered medical school in August, 1994 and was unable to attend classes by November, 1994 due to a hospitalization for endocarditis, and due to nausea, fatigue, fever and malaise. Ms. Levin received failing grades in Biochemistry, Gross Anatomy and Microscopic Anatomy (Levin Aff. ¶4).

4.      Ms. Levin experienced chest pains, palpitations and fainting in January, 1995.  In February, 1995, Ms. Levin came before the Educational Evaluation Committee (EEC) of the medical school because she was at risk for academic dismissal due to her failing grades.  The EEC recommended that Ms. Levin be allowed to repeat her first year of medical school.  The Dean of Academic Affairs concurred with the EEC recommendation and permitted Ms. Levin to repeat her first year beginning in August, 1995.  Ms. Levin was advised that any grade below passing level after August, 1995 would put her at risk for dismissal. (Levin Aff. ¶ 4, 5, 6 and 7).

5.      In August, 1995, Ms. Levin began the repeat of her first year of medical school.  Due to ongoing medical conditions, she received a non-passing grade in January, 1996.  (Levin Aff. ¶7).

6.      In January, 1996, Ms. Levin went again before the EEC.  The EEC recommended that Ms. Levin be allowed to continue in the M.D. program on condition that any further non-passing grade would lead to her automatic dismissal without EEC review.  The Dean of Academic Affairs again concurred with the EEC's recommendation. (Levin Aff. ¶8, 9).

7.      On February 22, 1996, Ms. Levin was diagnosed with major depressive disorder.  In March, 1996, Ms. Levin was diagnosed as having second degree heart block. (Levin Aff. ¶ 10).

8.      On March 25, 1996, Ms. Levin was required to take an examination in Gross Anatomy.  She did not pass that examination.  She learned of the non-passing grade on April 18, 1996. As of April 18, 1996, she had failed to maintain an acceptable level of standing in the program.  (Levin Aff. ¶ 12).

9.      In April or May, 1996, Ms. Levin received a failing grade in Neuroanatomy.  At that time, she had failed to maintain an acceptable level of standing in the program.  (Levin Aff. ¶ 14).

10. By letter dated June 13, 1996, Ms. Levin was advised by the Dean of Academic Affairs that she was dismissed from the program. (Levin Aff. ¶ 15).

11. One June 8, 2005, the instant action was filed against Ms. Levin in this Court.

Respectfully submitted,

STANCO, ULMER & ROBINSON

_____
Gary A. Ulmer, #245522   gulmer@suretylaw.com
Attorney for Defendant
126 C Street, N.W.
Washington, D.C.  20001
(202) 331-8822
(202) 331-9705

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this ____ day of January, 2006 to Fred E. Haynes, Esquire, Assistant United States Attorney, 555 - 4th Street, N.W., Room E-4110, Washington, D.C.  20530.

_____
Gary A. Ulmer