UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | |
| ) | | |
| **Plaintiff** ) | | |
| ) | | |
| v. ) | | Civil Action No: 05-1137 (JGP) |
| ) | | Judge John Garrett Penn |
| **MARY BETH LEVIN,** ) | | |
| ) | | |
| **Defendant** | | |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, and Plaintiff's Opposition thereto, and after oral argument on all issues, it is by the Court this _____ day of _____, 2006,

**ORDERED**, that Defendant's Motion be, and the same hereby is **GRANTED**, and it is further,

**ORDERED**, that summary judgment be entered in favor of Defendant Mary Beth Levin as to any claims against her by Plaintiff United States of America in the above-captioned matter as the claims against her are time barred by the applicable statute of limitations.

                                                _____
                                                The Honorable John Garrett Penn
                                                Associate Judge

Copies to:

Gary A. Ulmer, Esq.
Stanco, Ulmer & Robinson
126 C Street, N.W.
Washington, D.C.  20001

Fred E. Haynes, Esquire
Assistant United States Attorney
555 - 4th Street, N.W.
Room E-4110
Washington, D.C.  20530