UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1137 JGH |
| | ) | |
| MARY B. LEVIN, | ) | |
| | ) | |
| Defendant. | ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuit to the Court's scheduling order in this case, plaintiff's response to defendant's motion for summary judgment is due today, February 13, 2006. By this motion, plaintiff is seeking an extension to February 16 to file the response. Plaintiff's counsel has consented to this motion.

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for plaintiff had anticipated meeting the filing deadline; however, last week he was assigned to a complex case that was scheduled to go to trial on February 22. Consequently, undersigned counsel had to devote most of his attention, including substantial overtime over the weekend, to that case. Late this afternoon, the case was settled; consequently, undersigned counsel should be able to respond to the summary judgment motion by the end of this week.

Attached is a draft order reflecting the requested extension

of time.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney
          /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        ) Civil Action No. 05-1137 JGH
                                )
MARY B. LEVIN,                  )
                                )
            Defendant.          )

<u>ORDER</u>

    Upon consideration of the consent motion by the plaintiff for an extension of time to respond to defendant's motion for summary judgment, it is this _____ day of _____, 2006,

    ORDERED that plaintiff shall have to, and including, February 17, 2006, to its response to defendant's motion for summary judgment.

                    UNITED STATES DISTRICT JUDGE

Copies to all counsel of record