```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 05-1137 JGH
                              )
MARY B. LEVIN,                )
                              )
          Defendant.          )
```

### MOTION FOR TWO-BUSINESS DAY EXTENSION OF TIME
### TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff's opposition to defendant's motion for summary judgment was originally due on February 13. On that date plaintiff filed a consent motion for more time. The body of the consent motion requested an extension to February 16 (Thursday) but the attached order requested an extension to February 17 (Friday), which is today. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for plaintiff then proceeded to docket the opposition as being due today (Friday) if the Court granted the motion. When the Court granted the motion, under-signed counsel overlooked the fact that the extension granted by the Court was to the February 16 date in the body of the motion, thinking that the extension was to this Friday. Consequently, this motion for extension of time is being filed one day out of time. Plaintiff's counsel takes no position on this motion.

The substantive basis for an extension of time to February 22, the next business day, is as follows. Undersigned counsel was unable to work most of yesterday on the opposition due to the

need for him to to help address issues relating to an elderly family member.  Undersigned counsel has completed the opposition today but at too late a time to permit supervisory review.  The additional time is needed to allow supervisory review and to allow the agency's review of the response before it is filed.

The additional time is, therefore, needed.  A draft order reflecting the relief sought is attached hereto.

                        Respectfully submitted,

                        KENNETH L. WAINSTEIN,D.C. Bar #451058
                        United States Attorney

                        R. CRAIG LAWRENCE, DC Bar #171538
                        Assistant United States Attorney
                              /s/
                        FRED E. HAYNES, DC Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., Room E-4110
                        Washington, D.C. 20530
                        202.514.7201

```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        ) Civil Action No. 05-1137 JGH
                               )
MARY B. LEVIN,                 )
                               )
          Defendant.           )
```

ORDER

Upon consideration of the motion by the plaintiff for an extension of time to respond to defendant's motion for summary judgment, it is this _____ day of _____, 2006,

ORDERED that plaintiff shall have to, and including, February 21, 2006, to file its response to defendant's motion for summary judgment.

          UNITED STATES DISTRICT JUDGE

Copies to all counsel of record