*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**UNITED STATES OF AMERICA**

    **Plaintiff**

v.                                                    **Civil Action No. 05-1137 (JGP)**

**MARY B. LEVIN**

    **Defendant**

**ORDER**

The status hearing previously set for May 18, 2006 at 10:00 A.M. has been rescheduled and will now take place on June 1, 2006 at 10:00 A.M.

    **SO ORDERED**.


**DATE: May 12, 2006**                                               **JOHN GARRETT PENN**
                                                                          **United States District Judge**