*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**UNITED STATES OF AMERICA**

      **Plaintiff**

**v.**                                   **Civil Action No. 05-1137 (JGP)**

**MARY B. LEVIN**

      **Defendant**

### ORDER

The status hearing previously set for June 1, 2006 at 10:00 A.M. has been rescheduled and will now take place on June 22, 2006 at 10:00 A.M.

**SO ORDERED**.

**DATE:  May 24, 2006**                              **JOHN GARRETT PENN**
                                                          **United States District Judge**