UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    **Plaintiff**

v.                                                      Civil Action No. 05-1137 (JGP)

MARY B. LEVIN

    **Defendant**

## ORDER

The status hearing previously set for June 22, 2006 at 10:00 A.M. has been rescheduled and will now take place on July 11, 2006 at 1:00 P.M.

    **SO ORDERED**.


**DATE: June 21, 2006**                                                  **JOHN GARRETT PENN**
                                                                                **United States District Judge**