## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

    **Plaintiff**

    v.                            Civil Action No. 05-1137 (JGP)

**MARY B. LEVIN,**

    **Defendant**

### ORDER

Before the Court is **Defendant's Motion for Summary Judgment** [docket no. 9].  For the reasons to be set forth in a Memorandum to be filed separately, it is hereby

**ORDERED** that defendant's motion for summary judgment [docket no. 9] is **DENIED**.


**DATE: September 30, 2006**                 JOHN GARRETT PENN
                                                   **United States District Judge**