AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America )
      Plaintiff(s) )  **APPEARANCE**
 )
 )
      vs. )  CASE NUMBER 1:05CV01137
Mary B. Levin )
 )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Valerie Elizabeth Powell   as counsel in this
                               (Attorney's Name)

case for:   Mary B. Levin
              (Name of party or parties)

April 3, 2007
Date

*[Signature]*
Signature

474117
BAR IDENTIFICATION

Valerie Elizabeth Powell
Print Name

Stanco & Associates, 126 C Street, NW
Address

Washington, DC       20001
City    State       Zip Code

(202) 331-8822
Phone Number