```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     v.                      )  Civil Action No. 05-1137 DAR
                             )
MARY B. LEVIN,               )
                             )
          Defendant.         )
```

STATUS REPORT ON REASSIGNMENT OF CASE

The parties are engaged in settlement discussions. Discovery has been completed, and the summary judgment motion that defendant filed on the statute of limitations issue has been decided. If the parties cannot reach agreement, undersigned counsel will file a motion for summary judgment on the merits by the end of this October.

    Respectfully submitted,

    JEFFREY A. TAYLOR, D.C. Bar #498610
    United States Attorney
        /s/
    FRED E. HAYNES, DC Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530
    202.514.7201