```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
     v.                         )  Civil Action No. 05-1137 DAR
                                )
MARY B. LEVIN,                  )
                                )
          Defendant.            )
```

## FURTHER STATUS REPORT

(Please note that undesigned counsel attempted to send this status report to the generic mailbox on Tuesday evening, since the PACER system was down. It was, however, sent to an incorrect email address. Undersigned counsel did not receive notice that it was undeliverable. Hence the delay in filing it.)

The parties continue to be engaged in settlement discussions. Substantial progress has been made in terms of the parties disagreement on the amount of principal owed by defendant. It appears likely that an agreement can be reached on this issue in the near future. Additionally, defendant is in the process of providing the government with certain financial information that is needed to enable the government to determine whether, and to what extent, it should compromise on the interest rate being charged on the loans made to defendant. Undersigned counsel had earlier thought that this process could be concluded by the end of October. It now appears that December 14, 2007, is

a more realistic date.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney
                                /s/
                        FRED E. HAYNES, DC Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        202.514.7201