```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        ) Civil Action No. 05-1137 DAR
                               )
MARY B. LEVIN,                 )
                               )
          Defendant.           )
```

## CONSENT MOTION FOR SETTING OF STATUS HEARING

In view of the fact that further progress has not been made in settling this case, undersigned counsel (Fred E. Haynes) primarily responsible for this case for plaintiff requests that the Court set a status hearing at which time arrangements can be made for times for a pretrial hearing and a trial of this case. Defendant's counsel has consented to the scheduling of a status hearing.

Attached is a draft order that reflects the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney
        /s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        ) Civil Action No. 05-1137 DAR
                               )
MARY B. LEVIN,                 )
                               )
          Defendant.           )
```

ORDER

Upon consideration of the motion by plaintiff for the setting of a status hearing, it is this \_\_\_\_\_ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that a status hearing in this case is set for _____, \_\_\_, 2008.

                              UNITED STATES MAGISTRATE JUDGE

Copies to counsel for the parties