UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | Civil Action No. 05-1137 (DAR) |
| v. )<br>) | |
| MARY B. LEVIN, )<br>)<br>Defendant. )<br>_____ ) | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

Comes now Mary B. Levin, Defendant, by and through her undersigned counsel, and moves this Honorable Court for an Order continuing the Status Hearing scheduled for February 28, 2008 at 10:00 a.m., to March 27, 2008 at 11:00 a.m.

In support of her Motion, Ms. Levin states:

1. Fred E. Haynes, the United States Assistant Attorney General assigned to this case, has suffered a family emergency involving the hospitalization of his daughter in the intensive care unit of the George Washington University hospital, which precludes his availability to appear at the Status Hearing as originally scheduled.

2. The parties have made substantial progress in negotiating the settlement of this matter. Ms. Levin has submitted her income tax returns for 2005 and 2006 and a personal financial statement, and has made an offer in compromise of the government's claim.

3. The parties believe in good faith that this matter can be settled within the next three weeks.

      4.      Neither party will be prejudiced by rescheduling the Status Hearing, and both parties consent thereto.

      **WHEREFORE**, Mary B. Levin requests that this Court enter an Order:

      1.      Continuing the Status Hearing for this matter until March 27, 2008 at 11:00 a.m., or

      2.      Continuing the Status Hearing for a reasonable period to be determined by the Court, but not less than twenty-one days from the date of this Motion.

      Respectfully submitted,
MARY B. LEVIN

By her attorney:

_____/s/_____
Valerie Elizabeth Powell
(D.C. Bar No. 474114)
Stanco and Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

_____/s/_____
JEFFREY A. TAYLOR
(D.C. Bar N0. 498610)
United States Attorney

_____/s/_____
FRED E. HAYNES
(D.C. Bar No. 165654)
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7201

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and the proposed Order were served electronically this 27th day of February to all counsel of record and parties appearing *pro se* in this matter.

_____/s/_____
Valerie Elizabeth Powell