UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MARY B. LEVIN,  )<br>  )<br>  Defendant.  )<br>_____ ) | Civil Action No. 05-1137 (DAR) |

ORDER

Upon consideration of the Consent Motion by Defendant for the continuance of a status hearing, it is this _____ day of _____, 2008,

ORDERED that the Consent Motion is granted; and it is further

ORDERED that a status hearing in this case is set for _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to counsel for the parties