```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )  Civil Action No. 05-1137 DAR
                               )
MARY B. LEVIN,                 )
                               )
            Defendant.         )
```

NOTICE OF SETTLEMENT IN PRINCIPLE

The purpose of this notice is to advise the Court that the parties have reached a settlement of this case. The settlement is in the process of being reduced to a written consent judgment, which will be filed with the Court. It is for this reason that the parties have not made their pretrial submissions.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney
            /s/
        FRED E. HAYNES, D.C. Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201