```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 05-1137 (DAR)
                              )
MARY B. LEVIN,                )
                              )
          Defendant.          )
```

CONSENT MOTION FOR ONE-WEEK EXTENSION OF TIME
<u>FOR THE PARTIES TO FILE THEIR CONSENT JUDGMENT</u>

Defendant's counsel advised undersigned counsel (Fred E. Haynes) last week that plaintiff had agreed to a consent judgment resolving this case. Defendant's counsel has not, however, been able to reach defendant this week to obtain her signature to the consent judgment. The additional one-week is, therefore, needed.

A draft order reflecting the relief sought is attached hereto.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #451058
United States Attorney
        /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
     v.                       )  Civil Action No. 05-1137 DAR
                              )
MARY B. LEVIN,                )
                              )
          Defendant.          )
```

ORDER

Upon consideration of the consent motion by the plaintiff for an extension of time of time of one week for the parties to file a consent judgment terminating this case, it is this _____ day of _____, 2008,

ORDERED that the parties shall have to, and including, July 25, 2008, to file a consent judgment terminating this case.

UNITED STATES DISTRICT JUDGE