```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 05-1137 (DAR)
                              )
MARY B. LEVIN,                )
                              )
          Defendant.          )
```

### CONSENT MOTION FOR TWO-WEEK EXTENSION OF TIME FOR THE PARTIES TO FILE THEIR CONSENT JUDGMENT

Defendant's counsel advised undersigned counsel (Fred E. Haynes) that defendant had two-weeks ago agreed to a consent judgment resolving this case. Defendant's counsel has not, however, been able to reach defendant during the past two-weeks to obtain her signature to the consent judgment. The additional two-weeks is, therefore, needed to permit this to be accomplished.

A draft order reflecting the relief sought is attached hereto.

                Respectfully submitted,

                JEFFREY A. TAYLOR, D.C. Bar #451058
                United States Attorney
                    /s/
                FRED E. HAYNES, DC Bar #165654
                Assistant United States Attorney
                555 4th Street, N.W., Room E-4110
                Washington, D.C. 20530
                202.514.7201

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     v.                      ) Civil Action No. 05-1137 DAR
                             )
MARY B. LEVIN,               )
                             )
          Defendant.         )
```

## ORDER

Upon consideration of the consent motion by the plaintiff for an extension of time of two weeks for the parties to file a consent judgment terminating this case, it is this _____ day of _____, 2008,

ORDERED that the parties shall have to, and including, August 8, 2008, to file a consent judgment terminating this case.

UNITED STATES DISTRICT JUDGE