```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       ) Civil Action No. 05-1137 (DAR)
                               )
MARY B. LEVIN,                 )
                               )
            Defendant.         )
```

CONSENT MOTION FOR ENTRY OF CONSENT JUDGMENT

The parties have agreed to the attached consent judgment, which has been signed by the defendant. The parties, by consent, request that the Court enter this judgment.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR, D.C. Bar #451058
United States Attorney
        /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201