```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
     v.                        ) Civil Action No. 05-1137 (DAR)
                               )
MARY B. LEVIN,                 )
                               )
            Defendant.         )
```

CONSENT MOTION FOR ENTRY OF REVISED CONSENT JUDGMENT

The parties have agreed to the attached, revised consent judgment, which has been signed by the defendant. The parties, by consent, request that the Court enter this judgment.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR, D.C. Bar #451058
                                                United States Attorney
                                                      /s/
                                                FRED E. HAYNES, DC Bar #165654
                                                Assistant United States Attorney
                                                555 4th Street, N.W., Room E-4110
                                                Washington, D.C. 20530
                                                202.514.7201